

**RECEIVED**

APR 2 3 2018

TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

CLINTON STRANGE,

Plaintiff

CASE No. 5:18-CV-00284-EEF-KLH

v.

THE GIVING DAYS FOUNDATION, INC.;

&

HELPING THE WORLD LLC,

Defendants

**MOTION TO DISMISS**

**WITH PREJUDICE**

1. I, Clinton Strange, the Pro Se Plaintiff in this action move to have this case dismissed against both Defendants in this action WITH PREJUDICE.

2. I have served a copy of this dismissal motion on the Defendants for both entities by placing a copy in the U.S. Mail with sufficient 1st class postage affixed on  4-19-2018  .

3. The mailing was addressed to:

    The Giving Days Foundation, Inc & Helping the World, LLC

    c/o Ray Reynolds & Faisuly Reynolds

    1717 West Orangewood Avenue

    Suite H

    Orange, CA 92868

4. The filing of this Motion to Dismiss with prejudice is done of my own free will and no one threatened me or coerced me into filing this motion.

5. I swear that the above statements are both true and correct under the pains and penalties of perjury of the laws of The United States of America.


Respectfully Submitted,

x _Clinton S_____   4-19-2018

Clinton Strange

Pro-Se

7021 Winburn Drive

Greenwood, LA 71033

318-780-8946