UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| **CLINTON STRANGE** | * | **CIVIL ACTION NO. 18-0284** |
| **VERSUS** | * | **JUDGE ELIZABETH E. FOOTE** |
| **THE GIVING DAYS FOUNDATION, INC., ET AL.** | * | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

Before the court is plaintiff pro se Clinton Strange's motion to voluntarily dismiss his suit with prejudice. [doc. # 7]. Upon consideration,

IT IS ORDERED that the motion [doc. # 7] is GRANTED, and that plaintiff's suit is hereby DISMISSED WITH PREJUDICE.

In Chambers, at Monroe, Louisiana, this 25th day of April 2018.

KAREN L. HAYES
UNITED STATES MAGISTRATE JUDGE